## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON JUNCAJ,<br><br>                Plaintiff,<br>vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>                Defendant. | CASE NO. EDCV12-2291-CBM-KKx<br><br>Action filed: December 31, 2012<br><br>**ORDER TO DISMISS ENTIRE CASE [JS-6]**<br><br><br><br><br><br>Trial Date: Vacated |

The Court, finding good cause exists to dismiss the entire matter,

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that this matter is dismissed in its entirety.

DATED: January 14, 2019                                  _____

                                                          HON. CONSUELO B. MARSHALL

                                                          UNITED STATES DISTRICT JUDGE